IN THE UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF ARKANSAS
HARRISON DIVISION

GENA LEANNE WHILLOCK                                              PLAINTIFF

V.                          CASE NO. 3:18-CV-3089

UNITED OF OMAHA LIFE INSURANCE COMPANY
and JOHN AND JANE DOE 1–100                                       DEFENDANTS

## JUDGMENT

In accordance with the Opinion and Order filed this day, **IT IS HEREBY ORDERED AND ADJUDGED** that the final decision to terminate Plaintiff's disability benefits is **AFFIRMED** and this case is **DISMISSED WITH PREJUDICE**.

**IT IS SO ORDERED AND ADJUDGED** on this 15th day of September, 2020.

_____
TIMOTHY L. BROOKS
UNITED STATES DISTRICT JUDGE